UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GENIFER ABIGAIL JUAREZ-PERALTA,

PETITIONER,

v.

KRISTI NOEM, et al.,

RESPONDENTS

No. 5:26-cv-02751-KK-MBK

**AMENDED ORDER GRANTING RESPONDENTS' *EX PARTE* APPLICATION TO DISSOLVE DISTRICT COURT JUDGE'S ORDER BARRING THE IMMEDIATE REMOVAL OF PETITIONER**

**[NOTE CHANGES BY COURT]**

The Court is in receipt of Respondents' *Ex Parte* Application, memorandum of points and authorities, and declarations in support thereof. Dkt. 11. The Court is also now in receipt of Petitioner's Opposition. Dkt. 13. Accordingly, the Court's July 1, 2026 Order Granting the Application, Dkt. 12, is **AMENDED** as follows:

///

///

///

IT IS HEREBY ORDERED that paragraph 3 of the May 22, 2026 Order (Dkt. 6) is hereby dissolved, and Respondents may proceed with Petitioner's removal to Mexico, subject to the following condition:

> Respondents must provide Petitioner a meaningful opportunity to raise a fear-based claim for protection under the Convention Against Torture ("CAT"), including asking Petitioner whether she harbors such a fear and notifying her of the option of seeking CAT protection.

Dated:  July 2, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE